AUSA: John O'Brien Telephone: (313) 226-9100
AO 91 (Rev. 11/11) Criminal Complaint  Inspector: Keith Humphries Telephone: (313) 337-2260

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

Deante Malik Trimble

Case No. Case: 2:22−mj−30238
Assigned To : Unassigned
Filed: 5/19/2022
CMP USA V TRIMBLE (LH)

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 2022__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 846 | Possession with intent to distribute and conspiracy to distribute controlled substances |
| 18 U.S.C § 922 (g) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit

☐ Continued on the attached sheet.

*Keith Humphries*
*Complainant's signature*

Keith Humphries U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: May 19, 2022

*Judge's signature*

City and state: Detroit MI

Hon. Kimberly G. Altman, US Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Keith Humphries, being duly sworn on oath, state as follows:

1. I am a United States Postal Inspector assigned to the Allen Park Domicile of the Detroit Division of the U.S. Postal Inspection Service (USPIS). I am sworn and empowered to investigate criminal activity involving or relating to the U.S. Postal Service. Currently, I am assigned to investigate the unlawful transportation of contraband, including those covered under Title 21 USC: Controlled Substances, through the United States Mail. I have been a Postal Inspector since March 2022. Since joining the United States Postal Inspection Service I have received additional training in the detection and investigation of prohibited mailing offenses. My additional training includes working with experienced United States Postal Inspectors in the identification and interdiction of mailed parcels containing contraband. I participated in suspected parcel investigations that have resulted in seizures of contraband.

2. Since joining the United States Postal Inspection Service, I have received additional training in the detection and investigation of prohibited mailing offenses. My additional training includes working with other experienced United States Postal Agents in the identification and interdiction of mailed parcels containing contraband. As part of my duties, I investigate incidents wherein the United States Mail system is used for the purpose of transporting

1

non-mailable matter, including controlled substances such as marijuana, cocaine, methamphetamine, fentanyl and heroin, in violation of Title 21, United States Code, Sections 841(a)(1), 846, 843(b), and substances mailed in violation of Title 18, United States Code, Section 1716.

3. The facts contained in this affidavit are based on my review of information provided to me by other law enforcement agents, witnesses, and individuals with knowledge of this matter as well as my personal involvement and investigation and review. The information provided below is for the limited purpose of obtaining the requested criminal complaint and does not contain all details or all facts of which I am aware of involving this investigation.

4. This Affidavit is made in support of an application for a criminal complaint and warrant to arrest Deante Malik Trimble, for violations of Title 21, United States Code, Section 841(a)(1), 846, possession with intent to distribute and conspiracy to distribute controlled substances, and Title 18 United States Code, Section 922(g) felon in possession of a firearm.

## SUMMARY OF INVESTIGATION

5. On May 1, 2022, U.S. Postal Inspectors intercepted a USPS Priority Mail Express parcel (Subject Parcel) at a Postal facility in Michigan. The parcel was addressed to 38XX 17th Street, Ecorse, Michigan 48229 (full address

known to affiant) with a return address in Tempe, Arizona. The Subject Parcel was mailed on May 10, 2022, from Scottsdale, Arizona.

6. Pursuant to further investigation, including a positive alert by a certified and trained narcotics detection canine, on May 12, 2022, Postal Inspectors obtained and executed a federal search warrant on the Subject Parcel and discovered that it contained the following: one pink purse containing five bags of counterfeit pharmaceutical pills suspected to contain controlled substances, wrapped in brown packing paper, mailer bundle. A controlled delivery of the Subject Parcel was scheduled for May 18, 2022. A field test of the substance came back positive for a possible presence of fentanyl. The total weight of the suspected fentanyl was approximately 500 grams.

7. On the afternoon of May 18, 2022, an undercover U.S. Postal Inspector, posing as a U.S. Postal Service letter carrier, delivered the Subject Parcel to the target address. The suspected fentanyl had been replaced with a sham substance fashioned to appear similar to the seized contraband. The undercover U.S. Postal Inspector left the parcel on the doorstep of the residence identified on the shipping label.

8. Shortly after, the parcel was placed on the porch of the target residence, an unknown male, later positively identified as Deante Malik Trimble, arrived at the target residence, and was observed bringing the parcel inside of the target

residence. The Subject Parcel was later recovered from the house during the execution of a search warrant for the residence.

9. During the search of the target residence, law enforcement officers located and seized three semi-automatic rifles (two AR-15 and one AK-47 style firearms). Additional contraband seized during the search included one semi-automatic 40 caliber pistol (loaded), additional suspected narcotics with the appearance and consistency of heroin, several cell phones, scales, grinders, and other items consistent with narcotics processing for further distribution.

10. Deante Malik Trimble stated that he is the only occupant of the residence. A query of law enforcement databases revealed that Deante Malik Trimble is a convicted felon who pleaded guilty to Carrying a Concealed Weapon in the Third Circuit Court, was sentenced on August 26, 2021, and is therefore prohibited from possession of firearms.

11. Based upon my training and experience and knowledge of wholesale versus retail price of fentanyl, the potential street value of the controlled substances seized would be in the tens of thousands of dollars, and as such, the attempted possession of the fentanyl as well as the additional evidence seized at the time of the search are indicative of possession with the intent to further distribute.

12. Based upon the foregoing, there is probable cause to believe Deante Malik Trimble has knowingly violated Title 21, United States Code, Sections

841(a)(1) and 846, possession and attempted possession with intent to distribute controlled substances and Title 18 U.S.C. 922(g), possession of a firearm by a person previously convicted of a felony. Accordingly, this Affiant respectfully request that this Court issue a complaint and arrest warrant.

Respectfully submitted,

_____
Keith Humphries,
U.S. Postal Inspector

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Hon. Kimberly J. Altman
United States Magistrate Judge,
Eastern District of Michigan

May 19, 2022